[No. 18919-8-III.   Division Three.   July 3, 2001.]

*In the Matter of the Marriage of* BEVERLY J. HEAVERLO, *Respondent*, and R.L. HEAVERLO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 98-3-00492-7, Michael E. Schwab, J., entered November 12, 1999. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 19422-1-III.   Division Three.   July 3, 2001.]

*In the Matter of the Marriage of* ROGER C. MOORE, *Respondent*, and JUDY E. MOORE (KIRK), *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 82-3-00845-0, Neal Q. Rielly, J., entered July 5, 2000. *Reversed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 19664-0-III.   Division Three.   July 3, 2001.]

GRIGG APIARIES, INC., *Appellant*, v. MARY FISHER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 00-2-00071-1, Evan E. Sperline, J., entered September 26, 2000. *Remanded* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Sweeney, J.